UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MYAH VIGEANT | : | |
|    Complainant | : | CASE NO. 3:25-cv-00534-SFR |
| | : | |
| v. | : | |
| | : | |
| HANWHA AEROSPACE USA LLC | : | |
|    Respondent | : | APRIL 10, 2025 |

**REQUEST FOR ENLARGEMENT OF TIME
IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules for this Court, Defendant Hanwha Aerospace USA LLC hereby respectfully requests a thirty-day (30) enlargement of time, up to and including May 14, 2025, in which to respond to Plaintiff's Complaint by answer, motion or otherwise.

In support of this motion, Defendant states as follows:

1. Defendant Hanwha Aerospace USA LLC removed Plaintiff's Complaint from Connecticut Superior Court to this Court on April 7, 2025.

2. Under Fed. R. Civ. P. 81(c), Defendant's answer or other response to the Complaint is due within 21 days after receiving – through service or otherwise – a copy of the initial pleading stating the claim for relief or 7 days after the notice of removal is filed, whichever is later. Consequently, Defendant's response to Plaintiff's Complaint is currently due on April 14, 2025. With the requested extension, the deadline would be due May 14, 2025.

3. The undersigned counsel for Hanwha Aerospace USA LLC requires additional time in which to review and investigate the allegations of Plaintiff's Complaint and prepare an appropriate response.

4. Undersigned counsel emailed Plaintiff's counsel regarding his position on this requested extension on April 10, 2025. Plaintiff's counsel consented to Defendant's requested 30-day extension of time to file an Answer to the Complaint.

5. This motion is the Defendant's first request for an enlargement of time to respond to the Complaint.

**WHEREFORE**, Defendant respectfully moves for a thirty-day enlargement of time, up to and including May 14, 2025, in which to respond to Plaintiff's Complaint.

**DEFENDANT,
HANWHA AEROSPACE USA LLC**

By: */s/ Joseph W. Fazzino*
James F. Shea (ct16750)
james.shea@jacksonlewis.com
Joseph W. Fazzino (ct30878)
joseph.fazzino@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

## CERTIFICATION OF SERVICE

This is to certify that on April 10, 2025 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

>  */s/ Joseph W. Fazzino*
>  Joseph W. Fazzino