UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MYAH VIGEANT<br>Plaintiff | : | CASE NO. 3:25-cv-00534-SFR |
| v. | : | |
| HANWHA AEROSPACE USA LLC<br>Defendant | : | OCTOBER 23, 2026 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

**PLAINTIFF**
**MYAH VIGEANT**

By: *_/s/ James V. Sabatini_*
James V. Sabatini (ct19899)
Sabatini and Associates, LLC
One Market Square
Newington, CT 06111
Tel. No.: 860-667-0839
Fax No.: 860-667-0867
jsabatini@sabatinilaw.com

**DEFENDANT**
**HANWHA AEROSPACE USA LLC**

By: *_/s/ Joseph W. Fazzino_*
James F. Shea (ct16750)
Joseph W. Fazzino (ct30878)
Jackson Lewis P.C.
90 State House Square 8th Floor
Hartford, CT 06103
Tel No.: 860-522-0404
Fax No.: 860-247-1330
James.Shea@Jacksonlewis.com
Joseph.Fazzino@Jacksonlewis.com

**CERTIFICATION OF SERVICE**

I hereby certify that on October 23, 2026 a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Courts electronic filing system. Parties may access this filing through the Court's system.

*/s/ Joseph W. Fazzino*
Joseph W. Fazzino